# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BULLOCK,<br><br>                Plaintiff,<br><br>        vs.<br><br>FERGUSON ENTERPRISES, LLC;<br>and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO. 5:25-cv-03029-PA-SP<br><br>**ORDER REGARDING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

220918238.2

[PROPOSED] ORDER DISMISSING OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO
FED R. CIV. P. 41(a)(1)(A)(ii)

## ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff BRYAN BULLOCK ("Plaintiff") and Defendant FERGUSON ENTERPRISES, LLC ("Defendant") (collectively, the "Parties"):

The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED. Each party shall bear his or its own respective fees and costs.

**IT IS SO ORDERED.**

DATED:  May 19, 2026      _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

220918238.2

1

[PROPOSED] ORDER DISMISSING OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO
FED R. CIV. P. 41(a)(1)(A)(ii)